BEFORE THE SECOND DIVISION, JUNE 21, 1962

No. 66868.—The Huffman Manufacturing Co. v. United States, protest 321206–KS (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66869.—Bert Scheuer, Inc. v. United States, protests 58/20917 and 59/34483 (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 21, 1962

No. 66870.—Brick, Inc. v. United States, protests 61/17732, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.